

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Tuesday, January 31, 2006

Tommie Denson
#687907
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9601

Mr. John Michael Orton
Assistant Attorney General
Law Enforcement Defense Division - 012
P.O. Box 12548, Capitol Station
AUSTIN, TX 78709-1144

**RE:** Case Number:     12-04-00037-CV
      Trial Court Case Number:  38,355

**Style:** Tommie Denson
       v.
       T.D.C.J.-I.D., et al

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
     Katrina McClenny, Chief Deputy Clerk

CC:     Hon. John Ovard
        Judge James N. Parsons III
        Ms. Janice Staples

**1517 WEST FRONT STREET** • **SUITE 354** • **TYLER, TX 75702** • **TEL:** 903-593-8471 • **FAX:** 903-593-2193

*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us